```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

   v.          Criminal No. 06-cr-182-01-JD

Waika  Arroyo


          O R D E R


  The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.


                 /s/ Joseph A. DiClerico, Jr.
                 Joseph A. DiClerico, Jr.
                 United States District Judge

Date:  March 19, 2007



cc: Harry Batchelder, Jr., Esq.
   Mark Zuckerman, Esq.
   U.S. Marshal
   U.S. Probation