```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                                    Criminal No. 06-cr-182-01-JD

Waika Arroyo


## O R D E R

The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  July 17, 2007


cc:  Harry Batchelder, Jr., Esq.
     Mark Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation