UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 06-cr-182-01-JD

<u>Waika Arroyo</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 35) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  <u>*/s/Joseph A. DiClerico, Jr.*</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: December 5, 2007

cc: Mark S. Zuckerman, Esq.
    Harry Batchelder, Esq.
    U.S. Marshal
    U.S. Probation